# Law Office of Sam Braverman

PO Box 127
Tenafly, New Jersey 07670
Braverlaw@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

901 Sheridan Avenue
Bronx, New York 10451
Tel (718) 293-1977
Fax (718) 293-5395

The Honorable George A. Yanthis
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Ebony Dennis, et. al**
    **07 Cr 672 (SWK)**

Dear Judge Yanthis:

    As you are aware, I represent Ebony Dennis in the above-referenced matter. On or about June 18, 2007, Ms. Dennis was arraigned in front of Your Honor. Ms. Dennis was released on a $50,000 bond and as part of her bail restrictions; Ms. Dennis may not leave the jurisdiction of the Southern and Eastern Districts of New York without approval by the Court. It should be noted that this matter has yet to be assigned to a District Court Judge.

    Ms. Dennis is currently scheduled for a family trip to Miami, Florida whereas she would be leaving from Newark International Airport on August 31, 2007 and returning back to the jurisdiction on September 3, 2007. Additionally, AUSA Antonia Apps and Pre-trial Offices in New York and New Jersey have not expressed any objection to this family trip. Consent from the US Attorney's Office has been sought, but due to the inherent time restraint, no decision has been made by the US Attorney's Office at the time of service of this request.

    Moreover, on the last court appearance, the Court approved Ms. Dennis' family trip subject to Ms. Dennis providing US Pretrial Services the flight plans and living arrangements for her trip. All information has been provided to US Pretrial Services by Ms. Dennis.

    Due to her bail restrictions, Ms. Dennis respectfully requests that the Court grant her permission to travel outside of the Southern and Eastern Districts of New York from August 31, 2007 to September 3, 2007 to attend a family vacation.

Thank you for your time and attention in this matter. If you have any questions, feel free to contact me at my office.

Very truly yours,

*Sam Braverman*

Sam Braverman

cc: AUSA Antonia Apps
US Pretrial Officer Daniel Milne
US Pretrial Officer Scott Kowal

It is hereby Ordered that the above Application is ✓ Granted ___ Denied.

SO ORDERED: _____
~~Judge George A. Yanthis~~
USDJ. Richard J. Holwell
8/14/07