**Documented Losses**

**Exhibit One**
**Date:** 08/25/06
**Place:** Roosevelt Field Mall / Store number 524
**Time:** 20:21
**Transaction:** 9997
**Register:** 704

- ~~Francis returned Two Tops and a Pair of Pants for~~ a total of $874.43.
- Francis received a refund to her Debit card in the amount of $874.43. Account number 4159820003364488 was credited.
- The following items were returned:
  UPC[1]: 0883346184265 UII[2]: 060050623564
  UPC[1]: 0828156997186 UII[2]: 060050623572
  UPC[1]: 0883346241418 UII[2]: 060050623580

After investigating the return the following was discovered:

- This item was originally purchased at Store 524 Register 702, Transaction 699 on 08/22/2006 with a Mastercard credit card, account number [redacted] baring the name [redacted]
- Nordstrom sustained a loss of $874.43.

**Evidence:** XBR Reports

James Presland
Nordstrom Loss Prevention
EMP. 6885917

---

[1] UPC: identifies item and the vendor information for an item
[2] UII: Unique Item Identifier these combination of # identifies the merchandise with everything that occurred with the transactions, the UII is "married" to the item



Transaction Tenders By Account

Last 90 Days

| Date | Day | Time | Store | Trans Type | Register Group | Reg # | Trans # | Cashier | Emp Name | Salary Flag | Total Hours | Tender Total | Emp Sale | Tender Type | Gift Card Activity Type | Account | Card Holder Name | Swipe Flag | MICR Type | Suggested Tender Type | Tender Override | Video Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/06 | Tuesday | 1736 | 523 | Sale | Mens Clothing | 9192 | 1967 | 7438039 | Reyes, Alex | Hourly | 6.32 | $749.73 | N | Mastercard | | 923 | | Swiped | | | | Y |
| 08/22/06 | Tuesday | 1749 | 523 | Sale | Mens Clothing | 9192 | 1968 | 7438039 | Reyes, Alex | Hourly | 6.32 | $322.14 | N | Mastercard | | 923 | | Swiped | | | | Y |
| 08/22/06 | Tuesday | 2017 | 524 | Sale | Mens Sportswear | 620 | 2150 | 7391758 | Howard, Darryl | Hourly | 7.47 | $972.19 | N | Mastercard | | 923 | | Swiped | | | | Y |
| 08/22/06 | Tuesday | 2028 | 524 | Sale | Individualist | 702 | 699 | 4269692 | D'Alessio, Giovanna | Hourly | 6.85 | $1,122.10 | N | Mastercard | | 923 | | Swiped | | | | N |
| 08/22/06 | Tuesday | 2054 | 529 | Sale | Customer Service | 1201 | 7755 | 7460118 | Mitchell, Ashton | Hourly | 7.05 | $502.44 | N | Mastercard | | 923 | | Swiped | | | | Y |
| 08/23/06 | Wednesday | 1701 | 529 | Sale | Customer Service | 1206 | 8550 | 6886248 | Gordon, Teresa | Hourly | 8.33 | $304.12 | N | Mastercard | | 923 | | Swiped | | | | Y |
| 08/23/06 | Wednesday | 1727 | 524 | Sale | Womens Shoes | 641 | 7440 | 6966832 | Bright, Sherine | Hourly | 5.88 | $200.00 | N | Mastercard | | 923 | | Swiped | | | | Y |
| Total for Account | | | | | | | | | | | | $4,172.72 | | | | | | | | | | |
| Report Totals | | | | | | | | | | | | $4,172.72 | | | | | | | | | | |

02273

## Transaction Details

| Date | Day | Time | Store | Trans Type | Register Group | Reg # | Trans # | Cashier | Commission Employee | Record Type | Dept | Class | UPC Barcode | UI | PLU Price | Extended Total | Price Override | PRA | Emp Sale | Discount Employee | Tender Total | Record Code | Account | Swipe Flag | Video Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/06 | Tuesday | 2026 | 524 | Sale | Individualist | 702 | 699 | 4269692 | 4269692 | UPC/Barcode | 0014 | 0040 | 0637870368505 | 060050623556 | $228.00 | $228.00 | N | | N | | | Merchandise | | | N |
| | | | | | | | | | 4269692 | UPC/Barcode | 0014 | 0010 | 0883348184269 | 060050623564 | $215.00 | $215.00 | N | | N | | | Merchandise | | | N |
| | | | | | | | | | 4269692 | UPC/Barcode | 0014 | 0040 | 0628156997186 | 060050623572 | $230.00 | $230.00 | N | | N | | | Merchandise | | | N |
| | | | | | | | | | 4269692 | UPC/Barcode | 0014 | 0070 | 0883346241418 | 060050623580 | $360.00 | $360.00 | N | | N | | | Merchandise | | | N |
| | | | | | | | | | | Tax | | | | | | $89.10 | | | | | | Non Merch | | | N |
| | | | | | | | | | | Tender | | | | | | | | | | | $1,122.10 | Mastercard | [redacted]5923 | Swiped | N |
| Total for Trans | | | | | | | | | | | | | | | | | | | | | $1,122.10 | | | | |
| Report Totals | | | | | | | | | | | | | | | | | | | | | $1,122.10 | | | | |

02274

10/06/06 $.00 $.00

PMT DUE DATE NEW BALANCE MIN AMT DUE

SITE:SD-CI TM:LG-8200 ACID:SDPHE69
03/07/07 22:44:03:

NY

CITI CARDS
PO BOX 183058
COLUMBUS, OH
43218-3058

# Citi® Platinum Select® Card

citi®

Account Number 5923

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $13650 | $0 | $3800 | $0 | $0.00 |

| Statement/ Closing Date | Amount Over Credit Line | | Past Due | | Purch/Adv Minimum Due | | Minimum Amount Due |
|---|---|---|---|---|---|---|---|
| 09/13/2006 | $0.00 | + | $0.00 | + | $0.00 | = | $0.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | |
| | 8/28 | 80991336 | PAYMENT THANK YOU 70 0000 0000 | -240.00 00000000000 |
| | | | **Standard Purch** | |
| 8/22 | 8/22 | 61J75F4G | DUANE READE #0467 Q04 ELMONT NY 61 A5912US 2222 | 21.70 05444006235 |
| 8/22 | 8/22 | V3J75F4G | MACY'S EAST #053 GARDEN CITY NY 61 A5311US 2222 | 100.00 05444736235 |
| 8/22 | 8/22 | X5J75F4G | MACY'S EAST #053 GARDEN CITY NY 61 A5311US 2222 | 100.00 05444736235 |
| 8/22 | 8/22 | FKLC3R4N | DICK'S CLOTHING&SPORTI GARDEN CITY NY 61 A5655US 2222 | 130.33 55548076235 |
| 8/22 | 8/22 | RDMZ8RL2 | TARGET 00012625 VALLEY STREAM NY 61 A5310US 2222 | 141.99 05410196235 |
| 8/22 | 8/22 | TS6XD05G | WENDY'S #7808 Q25 GARDEN CITY NY 61 A5814US 2222 | 13.32 05444006235 |
| 8/22 | 8/22 | LON26V30 | ABRAHAM, INC. Q39 ROSEDALE NY 61 D5542US 2222 | 18.07 55541866235 |
| 8/22 | 8/22 | BCHYGS30 | ECKERD DRUGS #5592 ELMONT NY 61 B5912US 2222 | 22.79 55541866235 |
| 8/22 | 8/22 | YGBYJP4G | CVS PHARMACY #0369 Q03 WEST HEMPSTEA NY 61 A5912US 2222 | 63.50 05444006235 |
| 8/22 | 8/22 | 46F68WS6 | GAP #0715/THE GARDEN CITY NY 61 A5999US 2222 | 269.39 25411176235 |
| 8/22 | 8/22 | MRBYJP4G | NORDSTROM #0523 WHITE PLAINS NY 61 A5311US 2222 | 322.14 05444006235 |
| 8/22 | 8/22 | 3514VVS6 | THE SOURCE #3635 WESTBURY NY 61 A5999US 2222 | 402.00 25411176235 |
| 8/22 | 8/22 | SL25VVS6 | THE WESTCHESTER #4676 WHITE PLAINS NY 61 A5999US 2222 | 402.00 25411176235 |
| 8/22 | 8/22 | 5OCYJP4G | NORDSTROM-RACK #0529 WESTBURY NY 61 A5311US 2222 | 502.44 05444006235 |
| 8/22 | 8/22 | T*2H84XQ | GOTHIC CABINET CRAFT WEST HEMPSTEA NY 61 A5712US 2222 | 509.45 55460296235 |
| 8/22 | 8/22 | HKBYJP4G | NORDSTROM #0523 WHITE PLAINS NY 61 A5311US 2222 | 749.73 05444006235 |
| 8/22 | 8/22 | 8VBYJP4G | NORDSTROM #0524 GARDEN CITY NY 61 A5311US 2222 | 972.19 05444006235 |
| 8/22 | 8/22 | WXBYJP4G | NORDSTROM #0524 GARDEN CITY NY 61 A5311US 2222 | 1,122.10 05444006235 |
| 8/23 | 8/23 | G9L56V30 | ABRAHAM, INC. Q39 ROSEDALE NY 61 D5542US 2222 | 16.84 55541866236 |
| 8/23 | 8/23 | RC7JKGC8 | WALDENBOOKS 01018308 WESTBURY NY 61 B5942US 2222 | 25.00 05410196236 |
| 8/23 | 8/23 | NWVVYNNB | AT THE CAR WASH RODEDALE NY 61 A7542US 2222 | 26.10 85500396236 |
| 8/23 | 8/23 | 7XX2PG04 | RED LOBSTER US00003749 VALLEY STREAM NY 61 B5812US 2222 | 95.38 05410196236 |
| 8/23 | 8/23 | 3BY2PG04 | RED LOBSTER US00003749 VALLEY STREAM NY 61 B5812US 2222 | 110.00 05410196236 |
| 8/23 | 8/23 | MV9*NL5G | NORDSTROM #0524 GARDEN CITY NY 61 A5311US 2222 | 200.00 05444006236 |
| 8/23 | 8/23 | 5TJXKTV6 | ROOSEVELT FIELD MALL # GARDEN CITY NY 61 A5999US 2222 | 202.00 25411176236 |

01442

ID PAYMENTS TO:

NORDSTROM

Roosevelt Field
630 Old Country Road
Garden City, NY 11530
(516) 746-0011

ore 524 Reg# 702 Tran# 699
.E Rng# 4269692 Sel# 4269692

0000000000-0 1122.10
**********6923 S

8/22/2006 08:25 PM
s purchase is to be charged to my account and I agree
pay above total amount according to the terms of my
d holder agreement.

Store Copy



9/21/2006

## Transactions By UII
### Last 90 Days (Employee Discounts 1 Year)

| Date | Day | Time | Store | Trans Type | Register Group | Reg # | Trans # | Cashier | Commission Employee | Dept | Class | UPC Barcode | UPC Barcode Description | UII | RLU Price | Extended Total | Price Override | Emp Sale | Discount Employee | Cash Flag | Receipt Recall Entry Method | Receipt Recall Response Code | Original Date | Original Store # | Original Reg # | Original Trans # | PRA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/06 | Tuesday | 2026 | 524 | Sale | Individualist | 702 | 699 | 4269692 | 4269692 | 0014 | 0010 | 0883346184265 | :LEONETTE W.SCATTER | 060050623564 | $215.00 | $215.00 | N | N | | N | | | | | | | |
| 08/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9997 | 4663092 | 4269692 | 0014 | 0010 | 0883346184265 | | 060050623564 | ($215.00) | ($215.00) | N | N | | N | Scanned | Successful | 08/22/06 | 524 | 702 | 699 | |
| 09/03/06 | Sunday | 1232 | 524 | Sale | Individualist | 701 | 7538 | 4663092 | 4663092 | 0014 | 0010 | 0883346184265 | :LEONETTE W.SCATTER | 060050623564 | $215.00 | $215.00 | N | N | | N | | | | | | | |
| 09/07/06 | Thursday | 1220 | 524 | Return | Individualist | 704 | 292 | 4269692 | 4663092 | 0014 | 0010 | 0883346184265 | | 060050623564 | ($215.00) | ($215.00) | N | N | | N | Scanned | Successful | 09/03/06 | 524 | 701 | 7538 | |
| 09/09/06 | Saturday | 1436 | 524 | Sale | Individualist | 702 | 1130 | 4663092 | 4663092 | 0014 | 0010 | 0883346184265 | :LEONETTE W.SCATTER | 060050623564 | $215.00 | $215.00 | N | N | | N | | | | | | | |
| Total for UII | | | | | | | | | | | | | | | | $215.00 | | | | | | | | | | | |
| 08/22/06 | Tuesday | 2026 | 524 | Sale | Individualist | 702 | 699 | 4269692 | 4269692 | 0014 | 0040 | 0828156997186 | :EMERY.TAILOR | 060050623572 | $230.00 | $230.00 | N | N | | N | | | | | | | |
| 08/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9997 | 4663092 | 4269692 | 0014 | 0040 | 0828156997186 | | 060050623572 | ($230.00) | ($230.00) | N | N | | N | Scanned | Successful | 08/22/06 | 524 | 702 | 699 | |
| Total for UII | | | | | | | | | | | | | | | | $0.00 | | | | | | | | | | | |
| 08/22/06 | Tuesday | 2026 | 524 | Sale | Individualist | 702 | 699 | 4269692 | 4269692 | 0014 | 0070 | 0883346241418 | :GABE B.TAILOR | 060050623580 | $360.00 | $360.00 | N | N | | N | | | | | | | |
| 08/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9997 | 4663092 | 4269692 | 0014 | 0070 | 0883346241418 | | 060050623580 | ($360.00) | ($360.00) | N | N | | N | Scanned | Successful | 08/22/06 | 524 | 702 | 699 | |
| Total for UII | | | | | | | | | | | | | | | | $0.00 | | | | | | | | | | | |
| Report Totals | | | | | | | | | | | | | | | | $215.00 | | | | | | | | | | | |

02275

9/21/2006 18:45

## Transaction Details

| Date | Day | Time | Store | Trans Type | Register Group | Reg # | Trans # | Cashier | Commission Employee | Record Type | Dept | Class | UPC Barcode | UI | PLU Price | Extended Total | Price Override | PRA | Emp Sale | Discount Employee | Tender Total | Record Code | Account | Swipe Flag | Video Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9997 | 4663092 | 4269692 | UPC/Barcode | 0014 | 0010 | 0883348184265 | 060050623564 | ($215.00) | ($215.00) | N | | N | | | Merchandise | | | N |
| | | | | | | | | | 4269692 | UPC/Barcode | 0014 | 0040 | 0828156997188 | 060050623572 | ($230.00) | ($230.00) | N | | N | | | Merchandise | | | N |
| | | | | | | | | | 4269692 | UPC/Barcode | 0014 | 0070 | 0883346241418 | 090050923580 | ($360.00) | ($360.00) | N | | N | | | Merchandise | | | N |
| | | | | | | | | | | Tender | | | | | | | | | | | ($874.43) | Debit Card | [redacted]4488 | N/A | N |
| Total for Trans # | | | | | | | | | | | | | | | | | | | | | ($874.43) | | | | |
| Report Totals | | | | | | | | | | | | | | | | | | | | | ($874.43) | | | | |



9/21/2006 [illegible]

**Credit Card/Debit Card Transactions 6/23/2006 to 9/20/2006**

**Account: 41598200033644[illegible] on Store**

| Date | Day | Time | Store | Trans Type | Register Group | Reg # | Trans # | Cashier | Emp Name | Salary Flag | Total Hours | Tender Total | Emp Sale | Tender Type | Account | Card Holder Name | Swipe Flag | Suggested Tender Type | Tender Override | Video Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/06 | Tuesday | 2054 | 529 | Return | Customer Service | 1206 | 149 | 7323498 | Exime, Stephanie | Hourly | 8.38 | ($693.51) | N | Debit Card | [redacted]4486 | CLAUDIA A FR/ | N/A | Discover | Y | Y |
| 08/25/06 | Friday | 2021 | 524 | Return | Individualist | 704 | 9997 | 4663092 | Fedina, Raisa | Hourly | 6.77 | ($674.43) | N | Debit Card | | CLAUDIA A FR/ | N/A | Mastercard | Y | N |
| 08/28/06 | Monday | 1819 | 524 | Return | Individualist | 702 | 830 | 4269692 | D'Alessio, Giovanna | Hourly | 7.35 | ($247.67) | N | Debit Card | | CLAUDIA A FR/ | N/A | Mastercard | Y | N |
| 09/05/06 | Tuesday | 1830 | 529 | Return | Customer Service | 1201 | 1090 | 7429723 | Mcrae, Ibone | Hourly | 3.52 | ($104.59) | N | Debit Card | | CLAUDIA A FR/ | N/A | Mastercard | Y | Y |
| 09/05/06 | Tuesday | 1845 | 529 | Return | Customer Service | 1202 | 1576 | 7323498 | Exime, Stephanie | Hourly | 7.87 | ($104.59) | N | Debit Card | | CLAUDIA A FR/ | N/A | Mastercard | Y | Y |
| 09/13/06 | Wednesday | 1648 | 529 | Return | Customer Service | 1201 | 2747 | 6703755 | Gocan, Zohleann | Hourly | 7.12 | ($579.85) | N | Debit Card | | CLAUDIA A FR/ | N/A | Mastercard | Y | Y |
| Report Totals: | | | | | | | | | | | | ($2,[illegible]) | | | | | | | | |

## *FASTRACK CHECKING - S71*

| Date | Transaction | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Aug01 | **PREVIOUS BALANCE** | | | **10.51** |
| Aug01 | ATM FEE NY18117734<br>---> +CHASE VALLEY STREAM NY | -0.50 | | 10.01 |
| Jul31 | *VISA PURCHASE *621324838<br>---> EXXONMOBIL75 0474WESTBURY NY 5542 | -46.00 | | -35.99 |
| Aug02 | NEG BAL TRANSFER | | 22.31 | -13.68 |
| Aug25 | ATM DEP ACI 05240704<br>---> *NORDSTROM GARDEN CITY NY | | 874.43 | 860.75 |
| Aug25 | ATM WD ACI NY1811<br>---> +CHASE VALLEY STREAM NY | -801.50 | | 59.25 |
| Aug26 | ATM FEE M001439669<br>---> +HSBC GARDEN CITY NY | -0.50 | | 58.75 |
| Aug26 | ATM FEE NY18114339<br>---> +CHASE VALLEY STREAM NY | -0.50 | | 58.25 |
| Aug26 | ATM FEE NY18114340<br>---> +CHASE VALLEY STREAM NY | -1.00 | | 57.25 |
| Aug28 | ATM DEP ACI 05240702<br>---> *NORDSTROM GARDEN CITY NY | | 247.67 | 304.92 |
| Aug28 | ATM WD ACI M0014301<br>---> +HSBC GARDEN CITY NY | -281.75 | | 23.17 |
| Aug29 | ATM FEE M001431102<br>---> +HSBC GARDEN CITY NY | -0.50 | | 22.67 |
| Aug29 | ATM FEE M001431104<br>---> +HSBC GARDEN CITY NY | -1.00 | | 21.67 |
| Aug29 | *VISA PURCHASE *624125720<br>---> WALDBAUM'S #27284 VALLEY STREAMNY 5411 | -20.85 | | 0.82 |
| Sep01 | **NEW BALANCE** | | | **0.82** |

## SUMMARY FOR PERIOD

| Account | Beginning Balance | Deposits Payments | Disbursed Advances | Ending Balance | Dividends/Interest Paid For Period | For Year |
|---|---|---|---|---|---|---|
| SHARE 1 | 0.00 | 7.50 | 7.50 | 0.00 | 0.00 | 0.00 |
| SHARE 62 | 29.81 | 0.00 | 29.81 | 0.00 | 0.00 | 0.20 |
| SHARE 71 | 10.51 | 1,144.41 | 1,154.10 | 0.82 | 0.00 | 0.00 |

TOTAL DIVIDEND YTD: 0.20 TOTAL FINANCE CHARGE YTD FOR ALL LOANS: 0.00

**Dividends shown, if over $10, will be reported to the IRS for this calendar year.**