

Help • Speak up

| Manage your flights | Travel deals | Where we jet | TrueBlue® program |

HI, JHAMEL [if this is not you, click here]

- TrueBlue home
- TrueBlue Activity Details
- about TrueBlue
- TrueBlue terms & conditions
- JetBlue credit history
- preferences
- contact info
- login info
- book a flight
- request points
- log out

**CONFIRMED ITINERARY**

Book date: Tuesday, 20 May 08

Confirmation number: **DDRVJ0**

Status: **CONFIRMED**

You will need to provide this confirmation number and government issued I.D. at check-in to receive your boarding pass.

If traveling on an international flight please check international documentation requirements.

### DEPARTING FLIGHTS

**From Newark, NJ (EWR) to Ft Lauderdale, FL (FLL)**

Monday, 28 Jul 08   Flight 511   Depart Newark, NJ (EWR) at 3:40 PM and arrive in Ft Lauderdale, FL (FLL) at 6:38 PM

### RETURNING FLIGHTS

**From Ft Lauderdale, FL (FLL) to Newark, NJ (EWR)**

Monday, 04 Aug 08   Flight 506   Depart Ft Lauderdale, FL (FLL) at 1:20 PM and arrive in Newark, NJ (EWR) at 4:30 PM

**CONTACT INFORMATION**

TRAVELOCITY
11603 CROSSWINDS WAY STE 125
SAN ANTONIO TX 78233
UNITED STATES

**PASSENGER INFORMATION**

1 Passenger:
Adult 1:   JHAMEL FRANCIS

**PRICING**

Total for 1 Passenger
 Fare price           $   193.48 USD
 Taxes                $    35.52 USD
 Total price          $   229.00 USD

**PAYMENT**

Payment via Credit Card
 Form of payment      Visa
 Payment Status       CONFIRMED
 Cardholder name      LORETTA FRANCIS
 Card Number          XXXXXXXXXXXX3023
 Payment amount       $229.00 USD

**SEATS GOING OUT**

Ex. 1